IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LLOYD SCHUENKE,

                                                                                                     ORDER

                     Plaintiff,

                                                                                 13-cv-217-bbc

    v.

JUDY SMITH and
JANE DOE INMATE COMPLAINT
EXAMINERS AND NURSES,

                   Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In an order dated June 11, 2013, I granted plaintiff Lloyd Schuenke, a prisoner who has struck out under 28 U.S.C. 1915(g), leave to proceed against defendant Jane Doe Health Services Unit nurses on his deliberate indifference claims regarding his current deprivation of medication. Defendant Warden Judy Smith remained as a defendant in her official capacity for purposes of identifying the Doe defendants. I directed plaintiff to submit a certified copy of a recent six-month trust fund account statement. I told plaintiff that if he failed to provide a trust fund account statement by July 1, 2013, the clerk of court was directed to close this case without prejudice to plaintiff's refiling his case at a later date.

      Plaintiff has not responded to the court's order. Because plaintiff has failed to inform the court of his financial status as requested, IT IS ORDERED that this case is DISMISSED without prejudice to plaintiff's refiling the case at a later date. The clerk of court is directed

1

close this case and insure that plaintiff's obligation to pay the $350 filing fee for filing this case is reflected in this court's financial records.

Entered this 19th day of July, 2013.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge